*EXHIBIT 3*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| GEOFFREY BLAKE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>SETERUS, INC.,<br><br>    Defendant. | Case No.: 16-cv-21225-JLK |

## DECLARATION OF JAMES L. KAUFFMAN

James L. Kauffman deposes and states upon his oath and under the penalty of perjury that he is competent to testify and makes this declaration based upon personal knowledge, and, if called upon to testify, would testify as follows:

1. I am submitting this declaration to state my qualifications and those of Bailey & Glasser LLP, and Consumer Law Organization, P.A., to serve as class counsel in this case.

2. I received my B.A. from the University of Florida, with a Bachelor's of Science in Business Administration in 1998. I am a 2002 graduate, with honors, of the University of Florida, Levin College of Law. I am licensed to practice law in Arkansas, Florida and the District of Columbia.

3. I was admitted to the Arkansas Bar in 2003, the Florida Bar in 2005, and the District of Columbia Bar in 2014. In January 2014, I joined the law firm Bailey & Glasser LLP.

4. Since 2003, I have concentrated my practice in class actions and consumer finance matters. I have served or am serving as class counsel in a number of cases, including:

- *Spinelli v. Capital One Bank* (USA), No. 8:08-132-T-33EAJ (M.D. Fla.) ($250 million recovery in credit card class action).

- *Intermountain Ironworkers Trust Fund v. Todd Farha, et al.,* Case Nos. 07-015349, 07-015846 (Fla. Cir. Ct.) ("WellCare Health Plans Derivative Litigation") (Represented shareholders in Medicare fraud case resulting in significant corporate reforms and the removal of company CEO, CFO and General Counsel).

- *In Re Semtech Corp. Securities Litigation*, Case No. 2:07-07114-CAS (C.D. Cal.) ($20 million recovery on behalf of shareholders in connection with the backdating of employee stock option grants).

- *Shore v. JP Morgan Chase Bank, N.A., et al.,* Case No. 16-cv-60125-JIC (S.D. Fla.) ($400,000 recovery for borrowers as a result of reinstatement quotes)

- *Jessop v. Bankers Trust Company, et al.,* Case No. 2:14-cv-00916 (D. Utah) ($19.8 million settlement recovery on behalf of employee stock ownership plan participants for ERISA claims).

- *Navelski v. International Paper Company*, Case No. 3:14-cv-445 MCR/CJK (N.D. Fla.) (Certified class on behalf of homeowners of 317 homes in a neighborhood alleged to be flooded by Defendant's dam breaking).

5. My firm, Bailey & Glasser, has obtained millions of dollars in restitution and debt forgiveness for consumers by successfully asserting state and federal consumer credit law claims on their behalf. A partial listing of those cases includes the following:

- *Krakauer v. Dish Network. L.L.C.*, Case No. 1:14-cv-00333 (M.D. N.C.) (obtained a $20.5 million verdict in a class action trial against Dish Network. The class, led by class representative Dr. Thomas Krakauer of Bahama, North Carolina, alleged Dish was liable for more than 51,000 telemarketing calls placed by a defunct DISH dealer to persons whose telephone numbers were on the National Do Not Call Registry. The jury found DISH liable for all calls, and awarded $400 per violation of the Telephone Consumer Protection Act).

- *Brailsford v. Jackson Hewitt*, Case No. C 06-00700 CW (N.D. Cal.) (the firm brought a class action against Jackson Hewitt, Inc. for class of California consumers who purchased the tax preparer's refund anticipation loan product. The case settled for $672,000).

- *Dunlap v. Wells Fargo Financial West Virginia, Inc.*, Case No. 04-C-101 (Lincoln County, W. Va.) (firm lawyers litigated and obtained class certification of predatory lending claims for over 100 West Virginia mortgage borrowers. The case, brought under West Virginia's consumer protection statutes, settled for just over $9 million, a sum that wrote down more than $4.9 million in mortgage balances, paid $4.15 million

2

- in cash, and helped borrowers repair damaged credit).

- *Cummins v. H & R Block, Inc.,* Case No. 03-C-134 (Kanawha County, W. Va.) (in a case litigated for five years in venues ranging from the West Virginia trial and appellate courts, to federal district courts in West Virginia and Illinois, to the United States Supreme Court, firm lawyers served as lead counsel in winning a $62.5 million multistate class action settlement against H&R Block. The case involved first-impression claims relating to the application of West Virginia's credit-services organization statute to Block's refund anticipation loan product. Other firms across the country litigated cases against Block alleging similar claims, without success, for more than ten years. West Virginia's share of the settlement was $32.5 million).

- *Muhammad v. National City Mortgage, Inc.*, Case No. 2:07-cv-00423 (S.D. W. Va.) (the firm filed and settled ($700,000) a West Virginia loan servicing class action alleging National City Bank charged late loan-payment fees in violation of state law).

- *In re Household Lending Litig.,* Case No. C 02-1240 CW (N.D. Cal.) ($172 million settlement on behalf of nationwide class of home mortgage borrowers injured by predatory mortgage lending practices).

- *Curry v. Fairbanks Capital Corporation*, Case No. 03-10875-DPW (D. Mass.) ($55 million settlement on behalf of nationwide class of borrowers subject to predatory loan servicing practices).

- *Hall v. Capital One Auto Fin., Inc*., Case No. 08-1181 (N.D. Ohio) ($37 million settlement on behalf of state-wide class of car owners sent allegedly flawed repossession notices).

- *Lowe v. Ford Motor Credit*, Case No. 99 CVF 15806 (Cuyahoga County, Ohio) ($22 million settlement on behalf of state-wide class of car owners subject to flawed repossession practices).

- *Malacky v. Huntington Nat'l Bank*, Case No. CV 03 491420 (Cuyahoga County, Ohio) ($15 million settlement in favor of state-wide class of car owners sent flawed repossession notices).

- *Cooley v. F.N.B. Corp.,* Case No. 10010 of 2003, C.A. (Lawrence County, Penn.) ($14 million settlement on behalf of state-wide class of car owners allegedly deprived of post-repossession disclosures).

6. Attorneys J. Dennis Card Jr. and Darren Newhart are with Consumer Law Organization, P.A., a firm that focuses primarily on consumer protection cases. Mr. Card has been lead counsel in over 800 federal consumer cases in Florida district courts and over 500 Florida state court cases. Mr. Card has tried more than 20 cases to verdict. He is lead counsel in

3

the case *Prescott v. Seterus, Inc.*, Civil Action No.: 0:13-cv-62338-BB (S.D. FL), a nationally known case that held that banks and mortgage servicers are prohibited from charging certain fees or costs unless they are actually incurred.

7.     The settlement reached between the parties was the product of serious, informed and non-collusive negotiations. The result achieved was outstanding and consistent with other similar cases. It will pay settlement class members compensation in consideration for the release of their statutory and related claims against the Defendant.

Executed this 6th day of April 2018 in Washington, D.C.

_____
James L. Kauffman